UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| **JEREMY MOBLEY, ET AL.** | **CIVIL ACTION NO: 5:20-cv-00104** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JAMAAL ROSCOE JACKSON** | **MAGISTRATE JUDGE MARK L. HORNSBY** |

**MEMORANDUM RULING**

Pending before the Court is a Renewed Motion to Enforce Settlement Agreement [Doc. No. 34] filed by Plaintiffs Jeremy and Randi Mobley ("Mobley"). To the Motion, a Reply [Doc. No. 36] was filed. No opposition has been filed. For the reasons set forth herein, the motion is GRANTED.

Mobley originally filed a Complaint [Doc. No. 1] against Defendant Jamaal Roscoe Jackson ("Jackson") on January 22, 2020. Mobley and Jackson agreed to a resolution of this matter on August 7, 2020, and a 90 Day Order Dismissing Case [Doc. No. 25] was entered.

On September 4, 2020, Mobley filed a Motion to Enforce Settlement Agreement [Doc. No. 26]. Said Motion was dismissed as premature on October 8, 2020. [Doc. No. 33].

The pending Renewed Motion to Enforce Settlement Agreement [Doc. No. 34] was filed on November 10, 2020. According to the Motion, Jackson agreed to pay Mobley the sum of $100,000, to be paid in two installments of $50,000 by August 31, 2020, and the final payment by November 1, 2020. According to the Renewed Motion, Jackson paid the original $50,000, but has not paid the final $50,000 payment due on November 1, 2020.

This Court does have the authority to enforce a settlement agreement. *Wise v Wilkie*, 955 F.3d. 430 (5th Cir. 2020); and *Martin v. Jackson*, 2015 WL13049190 (E.D. La. August 18, 2015). Additionally, the language in the Executed Settlement Agreement [Exh. 1 Par. 1 to Doc. No. 26], states as follows:

> "If Jamaal Roscoe Jackson has not paid the entire sum due by November 1, 2020, the plaintiffs may consider Jackson to be in default of the agreement at which time plaintiffs have the option to take legal action to enforce the settlement agreement."

Therefore, Mobley is entitled to enforcement of the Settlement Agreement.

IT IS ORDERED that there be judgment in favor of Jeremy Mobley and Randi Mobley against the defendant, Jamaal Roscoe Jackson, in the amount of $50,000.

IT IS FURTHER ORDERED that the sum of $50,000 be paid by Jackson to Mobley by December 21, 2020.

MONROE, LOUISIANA, this 7th day of December, 2020.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE